Emily Teplin Fox, OSB No. 121720
efox@oregonlawcenter.org
Kelsey Heilman, OSB No. 140348
kheilman@oregonlawcenter.org
Beth Englander, OSB No. 980190
benglander@oregonlawcenter.org
**OREGON LAW CENTER**
522 SW Fifth Ave., Ste. 812
Portland, Or 97204
Phone: (503) 473-8314

Attorneys for All Plaintiffs

Megan Dorton, OSB No. 080658
Megan.Dorton@lasoregon.org
**LEGAL AID SERVICES OF OREGON**
520 SW 6th Ave Ste 700
Portland OR  97204
Phone: (503) 471-1131

Attorneys for Plaintiffs Wurtz and Belanger

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

| | |
|---|---|
| SHARON WURTZ, MATTHEW BELANGER, and NORTHWEST WORKERS JUSTICE PROJECT, a non-profit organization,<br><br>  Plaintiffs,<br><br>  v.<br><br>DAVID GERSTENFELD, in his official capacity as Director of the Oregon Employment Department,<br><br>  Defendant. | Case No. 3:21-cv-00769-SI<br><br>**STIPULATION OF DISMISSAL WITH PREJUDICE**<br><br>**Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii)** |

1-   STIPULATION OF DISMISSAL WITH PREJUDICE

**Oregon Law Center**
522 SW Fifth Ave., Ste. 812
Portland, OR 97204
Phone: (503) 473-8314
Fax: (503) 295-0676

The parties – plaintiffs Sharon Wurtz, Matthew Belanger, and the Northwest Workers Justice Project, and defendant David Gerstenfeld, in his official capacity as Director of the Oregon Employment Department—hereby stipulate to the dismissal of this action in its entirety, with prejudice, and without costs or attorney fees to any party.

DATED:  6/8/2021

    s/ Emily Teplin Fox
Emily Teplin Fox, OSB No. 121720
efox@oregonlawcenter.org
Kelsey Heilman, OSB No. 140348
kheilman@oregonlawcenter.org
Beth Englander, OSB No. 980190
benglander@oregonlawcenter.org
**OREGON LAW CENTER**
522 SW Fifth Ave., Ste. 812
Portland, Or 97204
Phone: (503) 473-8314

Attorneys for All Plaintiffs

    s/ Shaunee Morgan
ELLEN F. ROSENBLUM
Attorney General
CARLA A. SCOTT #054725
Senior Assistant Attorney General
SHAUNEE MORGAN #194256
Assistant Attorney General
Department of Justice
100 SW Market Street
Portland, OR 97201
Telephone: (971) 673-1880
Fax: (971) 673-5000
Email: Carla.A.Scott@doj.state.or.us
Shaunee.Morgan@doj.state.or.us

Attorneys for Defendant David Gerstenfeld

2-   STIPULATION OF DISMISSAL WITH PREJUDICE

**Oregon Law Center**
522 SW Fifth Ave., Ste. 812
Portland, OR 97204
Phone: (503) 473-8314
Fax: (503) 295-0676